| | |
|---|---|
| Phillip Grennan, WSBA #8127<br>  pgrennan@wshblaw.com<br>Colin Troy, WSBA #46197<br>  ctroy@wshblaw.com<br>WOOD, SMITH, HENNING & BERMAN LLP<br>520 Pike Street, Suite 1525<br>Seattle, Washington 98101-4001<br>Phone 206-204-6800<br>Fax 206-299-0400<br>Attorneys for Defendant Walmart, Inc. | Hon. Marsha J. Pechman<br>Hearing Date: March 10, 2021<br>Without Oral Argument |

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| NASRULLAH CHAUDHRY, and his marital community<br><br>       Plaintiffs,<br><br>  v.<br><br>WALMART, INC., a foreign for-profit company, and John Does 1-5,<br><br>       Defendants. | Civil Action No. 2:20-cv-01251-MJP<br><br>JOINT STIPULATED MOTION TO REMAND CASE TO SNOHOMISH COUNTY SUPERIOR COURT FOR TRANSFER TO MANDATORY ARBITRATION<br><br>**(Clerk's Action Required)** |

## I.    STIPULATED MOTION

Defendant Walmart, Inc. and Plaintiff Nasrullah Chaudhry, by and through their attorneys of record, hereby stipulate to the remand of this case back to Snohomish County Superior Court — whence it was removed to this Court — for the purpose of transferring this case to mandatory arbitration pursuant to RCW 7.06.020 and Snohomish County Local Mandatory Arbitration Rule 1.1(a). The parties stipulate that this case will be transferred to mandatory arbitration upon remand.

SO STIPULATED.

20443259.1:10366-0160 JOINT STIPULATED MOTION TO REMAND CASE TO SNOHOMISH COUNTY SUPERIOR COURT FOR TRANSFER TO MANDATORY ARBITRATION

**WOOD, SMITH, HENNING & BERMAN LLP**
520 Pike Street, Suite 1525
Seattle, Washington 98101-4001
206-204-6800

DATED: March 9, 2021                    WOOD, SMITH, HENNING & BERMAN LLP


                      *s/Colin J. Troy*
Colin J. Troy, WSBA #46197
  ctroy@wshblaw.com
520 Pike Street, Suite 1525
Seattle, Washington 98101-4001
Phone 206-204-6800
Attorney for Walmart, Inc.

DATED: March 9, 2021                    GOSANKO & O'HALLORAN, PLLC


                      *s/Mark W.D. Halloran*
Mark W.D. O'Halloran, WSBA #33149
  mark@gosankolaw.com
7900 SE 28th Street, 5th Floor
Mercer Island, WA 98040
Phone 206-275-0700
Attorney for Plaitniff Nasrullah Chaudhry

## II.   ORDER

IT IS SO ORDERED that, pursuant to the parties' stipulation, this case is remanded back to Snohomish County Superior Court for transfer to mandatory arbitration, without costs or fees to either party.

DATED this 11th day of March, 2021.


*[signature]*

Marsha J. Pechman
United States Senior District Judge

20443259.1:10366-0160 JOINT STIPULATED MOTION TO REMAND CASE TO SNOHOMISH COUNTY SUPERIOR COURT FOR TRANSFER TO MANDATORY ARBITRATION

**WOOD, SMITH, HENNING & BERMAN LLP**
520 Pike Street, Suite 1525
Seattle, Washington 98101-4001
206-204-6800